**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02514-DDD-MDB *RESTRICTED CASE*

UNITED STATES OF AMERICA,
STATE OF CALIFORNIA,
*ex rels.* Matthew Young, M.D.

Plaintiffs,

v.

QWIKCAREMD, LLC, FRONT RANGE URGENT CARE, PC, COMFORT CARE FAMILY PRACTICE, PC, and STEVEN L. WENRICH, M.D.

Defendants.

---

**COLORADO'S NOTICE OF DISMISSAL AND CONSENT TO VOLUNTARY DISMISSAL OF STATE CLAIMS WITHOUT PREJUDICE**

---

In accordance with the Colorado Medicaid False Claims Act, C.R.S. § 25.5-4-306 (d)(II), the State of Colorado hereby provides the Court with written notification of State declination in this action. It is Colorado's understanding that the matter will proceed under the federal False Claims Act with the United States and relator's involvement and without involving the Colorado Medicaid False Claims Act or Colorado Medicaid claims.

As such, in accordance with the Colorado Medicaid False Claims Act, C.R.S. § 25.5-4-306(2)(a), Colorado provides its written consent to dismissal of this action without prejudice to Colorado. The State of Colorado notifies the Court that the Colorado Attorney General consents to the dismissal of this action without prejudice to its rights. Colorado has reviewed applicable statutes, rules, regulations, and procedures and the underlying documents provided, investigated this matter, and consulted with the appropriate state and federal government officials. Accordingly, under the totality

of the circumstances, Colorado finds it appropriate to dismiss this action.

Dated: June 16, 2026

Respectfully submitted,

PHILIP J. WEISER
Attorney General, State of Colorado

/s/ Matt Miller
***Matt Miller***
Senior Assistant Attorney General
Office of the Attorney General
1300 Broadway, 9th Floor
Denver, Colorado 80203
Telephone: (720) 508-6741
E-mail: matt.miller@coag.gov
Counsel for the State of Colorado

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I hereby certify that I will cause copies of this notice to be served by on counsel for parties that have entered appearances.

s/ Matt Miller
***Matt Miller***
Senior Assistant Attorney General